IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN'S BULK MILK SERVICES, INC., a Wisconsin corporation; and HARTFORD FIRE INSURANCE COMPANY, a Delaware corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSAM TRUCKING, INC., a Kansas corporation; and KEVIN RUCKER, an Individual;<br><br>Defendants. | 8:19CV376<br><br>**ORDER** |

IT IS ORDERED:

1) The parties' joint stipulation, (Filing No. 15), is approved.

2) The TransAm Trucking, Inc., shall be identified hereafter as a Missouri corporation.

3) The Clerk of the Court shall correct the docket to identify defendant TransAm Trucking, Inc., as a Missouri corporation.

Dated this 23rd day of September, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge