IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |
|---|---|
| MARTIN'S BULK MILK SERVICES, INC., a Wisconsin corporation; and HARTFORD FIRE INSURANCE COMPANY, a Delaware corporation;<br><br>      Plaintiffs,<br><br>  vs.<br><br>TRANSAM TRUCKING, INC., a Missouri Corporation; and KEVIN RUCKER, an Individual;<br><br>      Defendants. | **8:19-CV-376**<br><br><br>**JUDGMENT** |

    This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice. Filing 41. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

    Dated this 21st day of June, 2021.

             BY THE COURT:

             _____

             Brian C. Buescher
             United States District Judge